```
BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC RAY HERNANDEZ,<br>MONICA MARIE HERNANDEZ, aka<br>Monica Marie Duarte,<br>EVELYN BRIGGET SANCHEZ,<br>PATRICIA ANN KING, and<br>DARLING ARLETTE MONTALVO,<br><br>  Defendants. | CASE NO.: 1:10-cr-00249 AWI<br><br>UNITED STATES' NOTICE AND REQUEST FOR HEARING RE STATUS OF COUNSEL FOR DEFENDANT EVELYN SANCHEZ; ORDER<br><br>Hearing Date: Jan. 17, 2012<br>Hearing Time: 9:00 a.m.<br>Court:        Two<br>  (Hon. Anthony W. Ishii) |

   The United States respectfully notifies the Court that the California State Bar website indicates that attorney Robert Dowd, counsel for defendant Evelyn Sanchez, is not eligible to practice law and that the effective date of his suspension was November 18, 2011. The California Supreme Court order concerning Mr. Dowd's suspension, a copy of which is attached hereto, indicates that Mr. Dowd is suspended from the practice of law for 90 days.

   It appears that defendant Evelyn Sanchez is not currently represented by counsel. There are upcoming case deadlines including

motion in limine filing deadlines on January 23, February 13, and February 27; the trial confirmation and motions in limine hearing on March 5; and the trial on March 20, 2012.

Accordingly, the government respectfully requests that the Court set a hearing in this case on January 17, 2012, at 9:00 a.m. to address the status of defendant Sanchez's legal representation.

DATED: Jan. 4, 2012

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
Assistant U.S. Attorneys

**ORDER**

It is ordered that defendant Evelyn Sanchez appear for a hearing before this Court on January 17, 2012, at 9:00 a.m., in Courtroom Two.

IT IS SO ORDERED.

Dated: January 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE