**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**

1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR  Defendant, Evelyn Brigget Sanchez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO:   1:10-CR-00249 AWI-DLB** |
| ) | |
| Plaintiff, ) | **RULE 43 WAIVER OF PERSONAL APPEARANCE** |
| ) | |
| v. ) | |
| ) | |
| EVELYN BRIGGET SANCHEZ, ) | Date: October 22, 2012 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | HON. DENNIS L. BECK |
| _____ ) | Dept. 9 |

Defendant, Evelyn Sanchez is charged with several felony offenses in this proceeding.

Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to appearance

through counsel, Harry M. Drandell, without Defendant's presence, at the upcoming status hearing

and any pre-trial status or motions not involving an evidentiary hearing.  Defendant requests that the

Court allow her to appear through counsel of record at such proceedings.

Dated:  October 17, 2012                    LAW OFFICES OF HARRY M. DRANDELL


                                            /s/ Harry M. Drandell
                                            _____
                                            HARRY M. DRANDELL
                                            Attorney for Defendant,
                                            EVELYN BRIGGET SANCHEZ


Dated: October 17, 2012                     /s/ Evelyn Sanchez
                                            _____
                                            EVELYN SANCHEZ, Defendant

1    IT IS SO ORDERED.

2    **Dated:    October 17, 2012**              _____ /s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28