BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN BRIGGET SANCHEZ, and<br>DARLING ARLETTE MONTALVO,<br><br>Defendants. | CASE NO. 1:10-cr-00249-AWI-BAM<br><br>STIPULATION REGARDING ORDER<br>OF TRIAL PROCEEDINGS; ORDER<br><br>DATE: November 4, 2014<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on November 4, 2014.

2. By this stipulation, the parties agree and stipulate as follows:

   a. Jury selection and empanelment will occur as previously scheduled at 8:30 a.m. on November 4, 2014.

   b. Opening statements and the presentation of evidence and witnesses will begin at 8:30 a.m. on Wednesday, November 12, 2014.

3. The parties agree that this schedule will allow for the continuity of the presentation of evidence and will allow additional time for the parties' case preparation. The parties further agree

1

that the time period between November 4, 2014 and November 12, 2014 is excluded under the Speedy Trial Act in the interest of justice.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

DATED:     October 29, 2014

/s/James R. Homola
JAMES R. HOMOLA
Counsel for Defendant
EVELYN BRIGGET SANCHEZ

DATED:     October 29, 2014

/s/Eric V. Kersten
ERIC V. KERSTEN
Counsel for Defendant
DARLING ARLETTE MONTALVO

DATED:     October 29, 2014

/s/ Henry Z. Carbajal III
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys

IT IS SO ORDERED.

Dated:   October 29, 2014

SENIOR DISTRICT JUDGE

2