1  BENJAMIN B. WAGNER
United States Attorney
2  KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
3  Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00249 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Old Date: Feb. 2, 2015<br>Old Time: 10:00am |
| EVELYN BRIGGET SANCHEZ, and<br>DARLING ARLETTE MONTALVO, | New Date: March 2, 2015<br>New Time: 10:00am<br>Court: Two |
| Defendants. | (Hon. Anthony W. Ishii) |

19      Defendants EVELYN BRIGGET SANCHEZ and DARLING ARLETTE MONTALVO were
20  convicted at trial in this case on Nov. 21, 2014.  Sentencing for both defendants is currently set for
21  February 2, 2015, at 10:00 a.m.
22      The parties require and respectfully request additional time to present information to the
23  Probation Office and the court regarding sentencing matters, and the Probation Office has also indicated
24  to the parties that it will require additional time to review such materials and to prepare the presentence
25  report in this case.  Accordingly, the parties hereby stipulate and jointly request that the Court order that
26  the sentencing hearing in this case be continued for one month from February 2, 2015 to March 2, 2015.
27  The parties further stipulate and jointly request that the Court extend the deadline to submit informal
28  objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and

Stipulation & Order
Continuing Sentencing Hearing

1

extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated: Dec. 18, 2014   BENJAMIN B. WAGNER
United States Attorney

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys

Dated: Dec. 18, 2014   /s/ James Homola
(authorized on 12/18/14)
JAMES HOMOLA
Attorney for defendant
Evelyn Brigget Sanchez

Dated: Dec. 18, 2014   /s/ Eric V. Kersten
(authorized on 12/18/14)
ERIC V. KERSTEN
Attorney for defendant
Darling Arlette Montalvo

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from February 2, 2015 to March 2, 2015, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   December 18, 2014                    _____
                                              SENIOR DISTRICT JUDGE

Stipulation & Order
Continuing Sentencing Hearing