BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00249-AWI-BAM-3 |
|---|---|
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT IN THE AMOUNT OF $1,412,100 |
| v. | |
| EVELYN BRIGGET SANCHEZ, | |
| Defendant. | |

Based upon the United States of America's Motion for Forfeiture Money Judgment and the entry of a guilty verdict against Defendant EVELYN BRIGGET SANCHEZ,

IT IS HEREBY ORDERED that

1.  The defendant, Evelyn Brigget Sanchez, forfeit to the United States the sum of $1,412,100 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the implementation of sentence,

Order for Forfeiture Money Judgment   1

any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,412,100 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   April 14, 2015                               _____
                                                     SENIOR DISTRICT JUDGE