BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00249-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER RESETTING RESTITUTION HEARING |
| v. | Old Date: June 22, 2015<br>Old Time: 10:00 a.m. |
| EVELYN BRIGGET SANCHEZ,<br>DARLING ARLETTE MONTALVO,<br><br>Defendants. | **New Date: July 27, 2015**<br>**New Time: 10:00 a.m.**<br>Court: Two<br>  (Hon. Anthony W. Ishii) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. Defendant Evelyn Brigget Sanchez was sentenced by the Court on April 13, 2015, following conviction after a jury trial of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349), and eleven counts of mail fraud (18 U.S.C. § 1341).

2. Defendant Darling Arlette Montalvo was sentenced by the Court on April 13, 2015, following conviction after a jury trial of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349), ten counts of mail fraud (18 U.S.C. § 1341) and one count of money

1

laundering and aiding and abetting (18 U.S.C. §§ 1957 and 2).

2. Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victims' losses as to each defendant for June 22, 2015 at 10:00 a.m.

3. The parties agree that restitution is mandatory as to each defendant, and that the Court must order restitution as to each defendant pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii). However, the parties are still attempting to determine whether they can reach an agreement and stipulation as to the restitution amount owed by each defendant, respectively, and request additional time to address this issue. The parties thus request that the restitution hearing for both defendants be reset to July 27, 2015 at 10:00 a.m. The defendants agree that there is no prejudice to them from the continuance. The parties agree that the continuance will conserve time and resources for the parties and the Court.

4. The agreed restitution hearing on July 27, 2015 will take place more than 90 days after the defendants' sentencing hearings. The parties agree that pursuant to <u>Dolan v. United States</u>, 560 U.S. 605, 608 (2010), the Court may order that each defendant pay restitution pursuant to this stipulation and order, which satisfies the deadline set forth in 18 U.S.C. § 3664(d)(5), with a determination of the amount and apportionment of restitution to occur either by stipulation or at the continued restitution hearing.

IT IS SO STIPULATED.

DATED: June 17, 2015

/s/ Kirk E. Sherriff
HENRY Z. CARBAJAL III
KIRK E. SHERRIFF
Assistant United States Attorney

DATED: June 17, 2015

/s/ James R. Homola
(authorized on 6/17/15)
JAMES R. HOMOLA
Counsel for Defendant
EVELYN BRIGGET SANCHEZ

DATED: June 17, 2015

/s/ Eric V. Kersten
(authorized on 6/16/15)
ERIC V. KERSTEN
Counsel for Defendant
DARLING ARLETTE MONTALVO

# O R D E R

IT IS SO FOUND AND ORDERED this 18th day of June, 2015.  The Court orders defendants Evelyn Brigget Sanchez and Darling Arlette Montalvo to pay restitution, as restitution is mandatory pursuant to their respective convictions at trial for conspiracy, mail fraud, and money laundering, and 18 U.S.C. § 3663A(c)(1)(A)(ii).  The remaining issue of the amount and apportionment of restitution shall be resolved at or before a restitution hearing on **July 27, 2015 at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   June 18, 2015

SENIOR  DISTRICT  JUDGE