BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:10-cr-00249 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER RE RESTITUTION |
| v. | DATE:  July 27, 2015 |
| EVELYN BRIGGET SANCHEZ, | TIME:   10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.     The defendant was sentenced by the Court on March 2, 2015, following conviction after a jury trial of one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349), and eleven counts of mail fraud (18 U.S.C. § 1341).

2.     Pursuant to 18 U.S.C. § 3664(d)(5), the Court set a hearing on restitution to determine victim's losses for July 27, 2015 at 10:00 a.m.

3.     The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below.  The parties therefore jointly request that the agreed

1

restitution be incorporated into the judgment following sentencing.

4.      The parties agree and stipulate, and request that the Court find the following:

a.      The total amount of restitution owed by defendant Sanchez is set forth in Attachment A to this stipulation.  Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Sanchez's victims in this case.

b.      The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

c.      Defendant Sanchez agrees that the judgment and commitment issued in her case will include the restitution amounts and apportionment agreed to in Attachment A.

d.      Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Evelyn Brigget Sanchez shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00 per month, during the period of supervised release, such payments to begin 120 days after the commencement of supervision.  The interest is waived.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

IT IS SO STIPULATED.

DATED:        July 14, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:        July 14, 2015

/s/James R. Homola
JAMES R. HOMOLA
Counsel for Defendant
EVELYN BRIGGET SANCHEZ

## **O R D E R**

Restitution as agreed to above shall be incorporated into an amended judgment

forthwith.  The hearing set July 27, 2015, is vacated.

IT IS SO ORDERED.

Dated:  July 16, 2015

SENIOR  DISTRICT  JUDGE

3

**ATTACHMENT A**
**Restitution Amount**
Evelyn Brigget Sanchez

| Property | Originating Lender | Restitution-First Loan | Restitution-Second Loan | Entity to Receive Resitution | Reference |
|---|---|---|---|---|---|
| 3715 Kathy Suzanne Way, Bakersfield | Long Beach Mortgage Co. | $152,795.96 | $78,149.14 | FDIC | Bates 35832, 35841 |
| 8111 Fighting Irish Drive, Bakersfield | Long Beach Mortgage Co. | $94,011.88 | $70,811.82 | FDIC | Bates 31914, 31928 |

|  |  |
|---|---|
| Total: | $395,768.80 |

Restitution for 3715 Kathy Suzanne Way is to be joint and several with co-defendants Eric Ray Hernandez and Monica Marie Hernandez.
Restitution for 8111 Fighting Irish Drive is to be joint and several with co-defendants Eric Ray Hernandez and Darling A. Montalvo.