LISA SCIANDRA, SBN #246532
Attorney at Law
1271 Washington Ave. #288
San Leandro, CA 94577
Telephone: (415) 343-5472
Fax: (415) 952-9393
Email: sciandra.lisa@gmail.com

CJA Counsel for Defendant
Evelyn Brigget Sanchez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00249-AWI-BAM-3 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SURRENDER DATE |
| vs. | |
| EVELYN BRIGGET SANCHEZ, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant Evelyn Brigget Sanchez, by and through her counsel of record, hereby stipulate that the surrender date of August 10, 2015, to the institution designated by the Bureau of Prisons be continued to November 9, 2015, by 2:00 p.m.

The reason for this continuance is that Ms. Sanchez is a postpartum mother who follows the medical guideline that babies should be exclusively breastfed for the first six months of life, as Ms. Sanchez has done with two of her older children. This medical guideline is endorsed by major medical organizations such as the World Health Organization (WHO) and the American Academy of Pediatrics (AAP).[1] At the time of the November 9, 2015 surrender date, Ms.

---

[1] *See e.g.*: http://www.who.int/nutrition/topics/exclusive_breastfeeding/en/ and

-1-

Sanchez's baby will be six months old.

The government does not oppose the defendant's request for a continuance of her surrender date. It is anticipated by counsel and Ms. Sanchez that no further continuance will be requested.

IT IS SO STIPULATED.

Dated: July 16, 2015          /s/ Lisa Sciandra
                              LISA SCIANDRA
                              Attorney at Law
                              CJA Counsel for Defendant
                              EVELYN BRIGGET SANCHEZ

Dated: July 16, 2015          /s/ Henry Z. Carbajal III
                              HENRY Z. CARBAJAL III
                              Assistant United States Attorney

**ORDER**

Good cause appearing, Defendant's surrender date of August 10, 2015, is continued to November 9, 2015, by 2:00 p.m.

IT IS SO ORDERED.

Dated:   July 17, 2015                    _____
                                          SENIOR DISTRICT JUDGE

---

https://healthychildren.org/English/news/Pages/AAP-Reaffirms-Breastfeeding-Guidelines.aspx